## Quinton PRICE
### v.
## COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Nov. 23, 1960.

Luker & Luker, and Milton J. Luker, London, for appellant.

John B. Breckinridge, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Pulaski Circuit Court, Hon. R. C. Tartar, Judge, of conviction of violating the local option statute, second offense.

We find no error in the record.

The motion for an appeal is overruled, and the judgment stands affirmed.